# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| L3 Harris Technologies, Inc. | ) ASBCA Nos. 62267, 62268 |
| | ) |
| Under Contract No. FA8620-15-G-4054 | ) |

APPEARANCES FOR THE APPELLANT:     Dhananjay S. Manthripragada, Esq.
  Gibson, Dunn & Crutcher LLP
  Los Angeles, CA

  Justin P. Accomando, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
  Amelia R. Lister-Sobotkin, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 22, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62267, 62268, Appeals of L3 Harris Technologies, Inc., rendered in conformance with the Board's Charter.

Dated: August 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2